B6 Summary (Official Form 6 – Summary) (12/07)

# United States Bankruptcy Court

## EASTERN District Of KENTUCKY

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN
RUNYON

Debtor

Case No.

Chapter                    13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A   Real Property | Yes | 1 | 192,000.00 | | |
| B   Personal Property | Yes | 4 | 105,475.00 | | |
| C   Property Claimed As Exempt | Yes | 2 | | | |
| D   Creditors Holding Secured Claims | Yes | 2 | | 257,233.00 | |
| E   Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 9,419.00 | |
| F   Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 31,153.00 | |
| G   Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H   Codebtors | Yes | 1 | | | |
| I   Current Income of Individual Debtor(s) | Yes | 1 | | | 5,311.48 |
| J   Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,451.48 |
| **TOTAL** | | 17 | 297,475.00 | 297,805.00 | |

Official Form 6 – Statistical Summary (12/07)

# United States Bankruptcy Court
## EASTERN District Of KENTUCKY

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN    ,    Case No.
RUNYON

Debtor

Chapter             13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 9,419.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 9,419.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 5,311.48 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,451.48 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22c Line 20) | $ | 8,083.33 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 59,253.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 9,419.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 31,153.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 90,406.00 |

**B6A (Official Form B6A) (12/07)**

In re ___MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON___    Case No. _____
                                          Debtor                                                  (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| house-lot 1965 Laclede Court | joint rt of survivorship | J | 192,000.00 | 244,176.00 |
| | | | | |
| | | **Total** ➔ | 192,000.00 | |

0 continuation sheets attached

**(Report also on Summary of Schedules)**

B6B (Official Form B6B) (12/07)

In re _MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON_    Case No. _____
                   Debtor                                                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as A.B., a minor child, by John Doe, guardian." Do not include the child's name. See, 11 U.S.C. §112 and Fed.R.Bankr.P 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | purse | | 35.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account | | 850.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 tvs | | 200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 2 bdroom suites | | 450.00 |
| | | master bedroom suite | | 350.00 |
| | | living room suite | | 450.00 |
| | | dining room suite | | 490.00 |
| | | range-fridge-appliances | | 450.00 |
| | | burial crypts-stones | | 1,500.00 |
| | | washer-dryer | | 400.00 |
| | | misc wall decor | | 200.00 |
| 6. Wearing apparel. | | 2 adult clothing | | 1,200.00 |
| 7. Furs and jewelry. | | wedding band | H | 400.00 |
| | | engagement ring and band | W | 450.00 |
| | | men's watch | H | 200.00 |
| | | female watch | W | 200.00 |
| 8. Firearms and sports, | X | | | 0.00 |
| | | | **Total ➤** | |

_3_ continuation sheets attached

**(Report also on  Summary of Schedules)**

**B6B (Official Form B6B) (12/07) – Cont.**

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON _____    Case No. _____
_____Debtor_____                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529 (b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. §521(c).) | X | | | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Carolyn's 401k | W | 30,000.00 |
| | | Michael's Pepsi Pension | H | 40,000.00 |
| | | Michael's 401k | H | 18,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | 0.00 |
| 16. Accounts receivable. | X | | | 0.00 |
| 17. Alimony, maintenance, suoprt, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | 0.00 |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | possible 2011 Fed and State Tax Refund | | 450.00 |
| 19. Equitable or future interests, life estates , and rights or powers | X | | | 0.00 |
| | | | **Total ➔** | |

Sheet number 1 of 3 continuation sheets attached
to Schedule B – Personal Property.

**(Report also on   Summary of Schedules)**

B6B (Official Form B6B) (12/07) – Cont.

In re   MICHAEL., EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
_____                                _____
            Debtor                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| exercisable for the benefit of the debtor or other than those listed in Schedule or Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from teh debtor primarily for personal, family, or houshold purposes. | X | | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Dodge Truck (paid off) | J | 4,250.00 |
| | | 2006 Ford Explorer | | 4,300.00 |
| 26. Boats, motors and accessories. | X | | | 0.00 |
| 27. Aircraft and accessories. | X | | | 0.00 |
| 28. Office equipment, furnishings and supplies. | X | | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | 0.00 |
| 31. Animals. | X | | | 0.00 |
| | | | **Total ➔** | |

Sheet number 2 of 3 continuation sheets attached
to Schedule B – Personal Property.

**(Report also on   Summary of Schedules)**

**B6B (Official Form B6B) (12/07) – Cont.**

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON        Case No. _____
                       Debtor                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | 0.00 |
| 33. Farming equipment and implements. | X | | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | 0.00 |
| 35. Other personal property or any kind not already listed. Itemize. | | refund from Consumer Law and-or Johnson Law Group | | 650.00 |

Sheet number 3 of 3 continuation sheets attached
to Schedule B – Personal Property.

                                                           **Total ➔**           105,475.00

                                                       **(Report also on    Summary of Schedules)**

B6C (Official Form B6C) (4/10)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON            Case No. _____
                    Debtor                                                                      (if known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐   Check if debtor claims a homestead exemption that exceeds
                                                                            $146,450.*

(Check one box)
☒  11.U.S.C. § 522(b)(2)
☐  11.U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| purse | 11 USC 522(d)(5) | 35.00 | 35.00 |
| checking account | 11 USC 522(d)(5) | 850.00 | 850.00 |
| 2 tvs | 11 USC 522(d)(3) | 200.00 | 200.00 |
| 2 bdroom suites | 11 USC 522(d)(3) | 450.00 | 450.00 |
| master bedroom suite | 11 USC 522(d)(3) | 350.00 | 350.00 |
| living room suite | 11 USC 522(d)(3) | 450.00 | 450.00 |
| dining room suite | 11 USC 522(d)(3) | 490.00 | 490.00 |
| range-fridge-appliances | 11 USC 522(d)(3) | 450.00 | 450.00 |
| burial crypts-stones | 11 USC 522(d)(3) | 1,500.00 | 1,500.00 |
| washer-dryer | 11 USC 522(d)(3) | 400.00 | 400.00 |
| misc wall decor | 11 USC 522(d)(3) | 200.00 | 200.00 |
| 2 adult clothing | 11 USC 522(d)(3) | 1,200.00 | 1,200.00 |
| wedding band | 11 USC 522(d)(4) | 400.00 | 400.00 |
| engagement ring and band | 11 USC 522(d)(4) | 450.00 | 450.00 |
| men's watch | 11 USC 522(d)(4) | 200.00 | 200.00 |
| female watch | 11 USC 522(d)(4) | 200.00 | 200.00 |
| Carolyn's 401k | 11 USC 522(d)(10)(E) | 30,000.00 | 30,000.00 |
| Michael's Pepsi Pension | 11 USC 522(d)(10)(E) | 40,000.00 | 40,000.00 |
| Michael's 401k | 11 USC 522(d)(10)(E) | 18,000.00 | 18,000.00 |
| possible 2011 Fed and State Tax Refund | 11 USC 522(d)(5) | 450.00 | 450.00 |
| 2002 Dodge Truck (paid off) | 11 USC 522(d)(2) | 4,250.00 | 4,250.00 |

1 continuation sheets attached
     * Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*(Official Form B6B) (04/10)*

*In re*  _____MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON_____          *Case No.* _____
                        *Debtor*                                                                                      *(if known)*

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT
### *Continuation Sheet*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

*Sheet number  of  continuation sheets attached*
*to Schedule C – Property Claimed As Exempt*

B6D (Official Form B6D) (12/07)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON                    Case No. _____
                        *Debtor*                                                                    *(if known)*

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, If Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| *CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER* (See Instructions Above) | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  15XXX Bluegreen Corporation 4960 Conference Way N Boca Raton, FL 33431 | | | time-share loan  VALUE $ | | | | 1,680.00 | |
| ACCOUNT NO.  27450 Flagstar Bank 5151 Corporate Drive Troy, MI 48098 | | | 1st Mortgage  VALUE $ 192,000.00 | | | | 200,000.00 | 8,000.00 |
| ACCOUNT NO.  4477 Ford PO Box 542000 Omaha, NE 68154 | | | opened 4-2009  VALUE $ 4,300.00 | | | | 11,377.00 | 7,077.00 |
| ACCOUNT NO. Jacqueline Heyman Christopher M. Hill & Assoc. PO Box 817 Frankfort, KY 40602 | | | NOTICE counsel for Flagstar Bank, FSB and for Flagstar  VALUE $ | | | | | |
| ACCOUNT NO.  50003X MNO Harris Bank 770 N Water Street Milwaukee, WI 53202 | | | M & I claims to be holder of recorded second mortgage in GB Home Equity's name via MERS  VALUE $ 192,000.00 | | | | 44,176.00 | 44,176.00 |

1 continuation sheets attached
                                                                Subtotal (Total of this page) ➔   | 257,233.00 | 59,253.00 |
                                                Total (Use only on last page) ➔

                                                                    (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form B6D) (12/07) – Cont.

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
_____
Debtor                                                                                          (if known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF THE PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mortgage Electronic Registration APR Mortgage Corporation PO Box 2026 | | | NOTICE assignment to Flagstar<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Mortgage Electronic Registration System GB Home Equity LLC PO Box 2026 Flint, MI 48501 | | | NOTICE Name on recorded Second Mortgage<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to        Subtotal(s) (Total(s) of this page) ➔ | 0.00 | 0.00 |
Schedule of Creditors Holding Secured Claims        Total(s) (Use only on last page) ➔ | 257,233.00 | 59,253.00 |

(Report also on Summary of Schedules.)        (If applicable report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form B6E) (4/10)

**In re** MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON                    **Case No.** _____
_____                                                                 _____
Debtor                                                                                                       (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Relations Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    *_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**B6E (Official Form 6E) (4/10) – Cont.**

In re    __MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON__        Case No. _____
                               *Debtor*                                                          *(if known)*

☐   **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment..*

_1_ continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON      Case No. _____
                          Debtor                                                              (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and certain other debts - 507(a)(8)**
TYPE OF PRIORITY (Example: Sec. 507(a)(1))

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above)* | CODEBTOR | H,W,J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sallie Mae<br>Town Center Funding<br>501 Bleecker Street<br>Utica, NY 13501 | | | student loans<br><br>Value: | | | | 9,419.00 | 9,419.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotals** (Totals of this page) ➔ | 9,419.00 | 9,419.00 | 0.00

**Total** (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) ➔ | 9,419.00 | |

**Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➔ | | 9,419.00 | 0.00

B6F (Official Form 6F) (12/07)

In re  MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
_____
                    Debtor                                                        (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITYCLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7497X | | | | | | | |
| Bank of America PO Box 982238 El Paso, TX 79998 | | | | | | | 5,838.00 |
| ACCOUNT NO. 12000X | | | | | | | |
| CACH LLC 4340 S Monaco Street Unit 2 Denver, CO 80237 | | | | | | | 318.00 |
| ACCOUNT NO. 5121X | | | | | | | |
| Citibank Sears PO Box 6421 Sioux Falls, SD 57117 | | | | | | | 317.00 |
| ACCOUNT NO. 60720X | | | | | | | |
| Citifinacial 300 St Paul Place Baltimore, MD 21202 | | | | | | | 7,977.00 |
| ACCOUNT NO. 60110X | | | | | | | |
| Discover Finacial Services PO Box 15316 Wilmington, DE 19850 | | | | | | | 2,808.00 |

|  |  |
|---|---|
| Subtotal ➔ | 17,258.00 |

1 continuation sheets attached

Total ➔

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
                        Debtor                                                              (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT OT SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 5414X<br><br>Fifth Third<br>38 Fountain Square Plz<br>MD 109064<br>Cincinnati, OH 45263-0001 | | | Michael's credit states it was paid off for less than owed | | | | 0.00 |
| ACCOUNT NO 6008X<br><br>GE-JCPENNY<br>PO Box 965007<br>Orlando, FL 32896 | | | account settled | | | | 0.00 |
| ACCOUNT NO 4311X<br><br>PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | | | | | | | 3,645.00 |
| ACCOUNT NO 51024X<br><br>RBS Citizens Bank<br>1000 Lafayette Blvd.<br>Bridgeport, CT 06604 | | | Kroger | | | | 6,185.00 |
| ACCOUNT NO 5102X<br><br>US Bank<br>PO Box 108<br>St. Louis, MO 63166 | | | | | | | 3,504.00 |
| ACCOUNT NO 5780X<br><br>WFCB<br>Blair Catalog<br>PO Box 182120<br>Columbus, OH 43218 | | | | | | | 286.00 |
| ACCOUNT NO 99043X<br><br>WFNNB<br>Jessica London<br>PO Box 182789<br>Columbus, OH 43218 | | | | | | | 275.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority
Claims

Subtotal ➔   13,895.00

Total ➔   31,153.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form B6G) (12/07)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON                    Case No. _____
_____
                        Debtor                                                                          (if known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    ☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Blue Grass Memorial Gardens<br>4915 Harrodsburg Road<br>Nicholasville, KY 40356 | burial contract |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

<u>0</u> continuation sheets attached

**B6H (Official Form B6H) (12/07)**

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON                    Case No. _____
_____
                          Debtor                                                                              (if known)

# SCHEDULE H – CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the
schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including
Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately
preceding the commencement of the case. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this
property state, commonwealth, or territory. Include the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community
case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by
John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

_0_ continuation sheets attached

B6I (Official Form 6I) (12/07)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON                    Case No. _____
                                    Debtor                                                                                    (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | manufacturing | medical |
| Name of Employer | Pesi-Cola | Bluegrass Family Health |
| How long employed | >10 yrs | >5 yrs |
| Address of employer | Lexington, KY | 651 Perimeter Drive, Ste 300<br>Lexington, KY 40517 |

| INCOME: (Estimate of average monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly). | $ | 2,880.80 | $ | 3,376.53 |
| 2. Estimated monthly overtime | $ | 0.00 | $ | 300.00 |
| 3. SUBTOTAL | $ | 2,880.80 | $ | 3,676.53 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 658.71 | $ | 806.34 |
| b. Insurance | $ | 122.37 | $ | 498.16 |
| c. Union dues | $ | 35.44 | $ | 0.00 |
| d. Other (Specify): ____401K____ | $ | 230.44 | $ | 114.11 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,046.96 | $ | 1,418.61 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,833.84 | $ | 2,257.92 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement.) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social Security or other governmental assistance (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 1,219.72 | $ | 0.00 |
| 13. Other monthly income | $ | 0.00 | $ | 0.00 |
| (Specify): USAF Retirement income gross is 1,526 tax (152.25) SPB (100.03) insurance (54.00) = NET see 12. | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,219.72 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14.) | $ | 3,053.56 | $ | 2,257.92 |
| 16. COMBINED AVERAGE MONTHLY INCOME: | | $ 5,311.48 | | |
| (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Overtime is not guaranteed.

13. SPB =  survivor benefit plan spouse

B6J (Official Form 6J) (12/07)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
_____
Debtor                                                                                              (if known)

# SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments make bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $ 1,251.14 |
| | a. Are real estate taxes included? ☒-Yes; ☐-No | |
| | b. Is property insurance included? ☒-Yes; ☐-No | |
| 2. | Utilities:    a. Electricity and heating fuel | $ 250.00 |
| | b. Water and sewer | $ 135.00 |
| | c. Telephone | $ 100.00 |
| | d. Other:    internet/cable | $ 125.00 |
| 3. | Home maintenance (repairs and upkeep) | $ 60.00 |
| 4. | Food | $ 650.00 |
| 5. | Clothing | $ 162.00 |
| 6. | Laundry and dry cleaning | $ 65.00 |
| 7. | Medical and dental expenses | $ 450.00 |
| 8. | Transportation (not including car payments) | $ 420.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 110.00 |
| 10. | Charitable contributions | $ 50.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a. Homeowner's or renter's | $ 0.00 |
| | b. Life | $ 218.25 |
| | c. Health | $ 0.00 |
| | d. Auto | $ 125.00 |
| | e. Other: | $ 0.00 |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify)    personal property [two autos] | $ 75.00 |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a. Auto | $ 0.00 |
| | b. Other:    Bluegrass Gardens | $ 40.00 |
| | c. Other: | $ 0.00 |
| 14. | Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. | Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. | Other:    misc | $ 165.09 |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,451.48 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
     out of pocket medical expenses fluctuate
     _____
     _____

| | | |
|---|---|---:|
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a. Average monthly income from line 15 of Schedule I | $ 5,311.48 |
| | b. Average monthly expenses from line 18 above | $ 4,451.48 |
| | c. Monthly net income (a. minus b.) | $ 860.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON          Case No. _____
_____          
                        Debtor                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____19_____ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____2/3/2012_____    Signature: ___/S/ MICHAEL, EDWARD RUNYON SR.___
                                                                                            Debtor

Date: _____2/3/2012_____    Signature: ___/S/ CAROLYN, RAY, DUNN RUNYON___
                                                                                 (Joint Debtor, if any)
                                                                [If joint case, both spouses must sign.]

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and
have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and , (3) if rules or
guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petitioner preparers, I have given the
debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                                  Social Security No.
of Bankruptcy Petition Preparer                                              *(Required by 11 U.S.C. § 110).*
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person,*
*or partner who signs this document.*

_____

_____

Address
**X** _____          _____2/3/2012_____
     Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an
individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment*
*or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized
agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare
under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary*
*page plus 1*), and that they are true and
correct to the best of my knowledge, information, and belief.

Date _____                    Signature: _____

                                                                 _____
                                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

(Official Form 7) (4/10)

# United States Bankruptcy Court

## EASTERN District Of KENTUCKY

In re    MICHAEL, EDWARD RUNYON SR. and CAROLYN, RAY, DUNN RUNYON        Case No. _____
                  **Debtor**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment..

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None - ☐    1.   **Income from employer or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| CURRENT YEAR SOURCE | AMOUNT |
| --- | --- |
| DEBTOR | |
| USAF monthly pension for one month | $ 1,526.00 |
| YTD paycheck stub 01-07-2012 | $ 1,348.00 |

---

None - ☐    1. B. Spouse - This Year

| CURRENT YEAR SOURCE | AMOUNT |
| --- | --- |
| SPOUSE | |

SPOUSE

YTD paycheck stub 01-06-2012  $   1,558.00
_____

None - ☐   1. C. Debtor - Last Year

| LAST YEAR SOURCE DEBTOR | AMOUNT |
|---|---|
| USAF Pension 1099 | $  16,517.00 |
| Pepsi W-2 | $  31,511.00 |
_____

None - ☐   1. D. Spouse - Last Year

| LAST YEAR SOURCE SPOUSE | AMOUNT |
|---|---|
| W-2 | $  40,266.00 |
_____

None - ☐   1. E. Debtor - 2 yrs ago

| 2 YRS AGO SOURCE DEBTOR | AMOUNT |
|---|---|
| approx gross | $  48,000.00 |
_____

None - ☐   1. F. Spouse - 2 yrs ago

| 2 YRS AGO SOURCE SPOUSE | AMOUNT |
|---|---|
| aprrox | $  40,000.00 |
_____

None - ☒   **2. Income other than from employment or operation of business**
State the amount of income received by the debtor other than from employment, trade, profession, operation of
the debtor's business during the **two years** immediately preceding the commencement of this case. Give
particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under
chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

SOURCE                    AMOUNT

_____

None - ☐

**3a.  Payments to creditors - *Complete a or b, as appropriate, and c.***
*Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment
purchases of goods or services, and other debts to any creditor made within **90 days** immediately
preceding the commencement of this case unless the aggregate value of all property that constitutes or is
affected by such a transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a
creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan approved by a nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12
or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Flagstar | 1-2012 and 02-2012 | $  2,502.28 | $ 200,000.00 |
| Ford | 12-2012 | $     400.00 | $  11,377.00 |

_____

None - ☒

**3b.  -**
*Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor
made within **90 days** immediately preceding the commencement of the case unless the aggregate value of
all property that constitutes or is affected by such transfer is not less than $5,850 (amount subject to adjustment
on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment).
If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account
of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved
nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

_____

None - ☒

**3c.  -**
*All debtors*: List all payments made within **one year** immediately preceding the commencement of
this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

_____

None - ☐    4a.  **Suits and administrative proceedings, executions, garnishments and attachments**

List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Marriage debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Flagstar Bank vs. Runyon et al. 11-CI-1878 | foreclosure | Fayette Circuit | pending |

None - ☒    4b.  -

Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None - ☒    5.  **Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None - ☒    6a.  **Assignments and receiverships**

Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None - ☒

**6b.** -

List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

None - ☒

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

None - ☒

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUM-STANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

None - ☐

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| credit counseling | 60 | |

None - ☒

**10a. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within **two years** immediately preceding the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

_____

None - ☒

**10b.** -
List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION & VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

_____

None - ☒

**11. Closed financial accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST 4 DIGITS OF ACCT NUMBER, & FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

_____

None - ☒

**12. Safe Deposit Boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

_____

None - ☒

**13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |

None - ☒    14. **Property held for another person**
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

None - ☒    15. **Prior address of debtor**
If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

None - ☒    16. **Spouses and Former Spouses**
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

None - ☒    17a. **Environmental Information**
For the purpose of this question, the following definitions apply:
"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.
--------------------------------------------------------------
List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the

governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

_____

None - ☒

**17b.** -

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

_____

None - ☒

**17c.** -

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |

_____

None - ☒

**18a. Nature location and name of business**

*If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

| NAME & ADDRESS | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D.NO. (ITIN)/COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| | | | |

_____

None - ☒

**18b.** -

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.


NAME AND ADDRESS


_____

None - ☒    19a.  The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activitiy, either full- or part-time.
*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **six years** immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*
**Books, records and financial statements**
List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.


NAME AND ADDRESS          DATES SERVICES RENDERED


_____

None - ☒    19b.  -
List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.


NAME AND ADDRESS          DATES SERVICES RENDERED


_____

None - ☒    19c.  -
List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of debtor. If any of the books of account and records are not available, explain.


NAME AND ADDRESS


_____

None - ☒    19d.  -
List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

_____

None - ☒   **20a.  Inventories**
List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF                    INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
INVENTORY                                               (Specify cost, market or other basis)

_____

None - ☒   **20b.  -**
List the name and address of the person having possession of the records of each of the inventories reported in
a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF
                           CUSTODIAN OF INVENTORY RECORDS

_____

None - ☒   **21a.  Current Partners, Officers, Directors and Shareholders**
If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

NAME AND ADDRESS          NATURE OF                    PERCENTAGE OF
                          INTEREST                     INTEREST

_____

None - ☒   **21b.  -**
If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE                        NATURE AND PERCENTAGE
                          OF STOCK OWNERSHIP

_____

None - ☒   **22a.  Former partners, officers, directors and shareholders**
If the debtor is a partnership, list each member who withdrew from the partnership within **one year**
immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

_____

None - ☒    22b.  -
If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

_____

None - ☒    23.  **Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF |
|------|------|------|

_____

None - ☒    24.  **Tax Consolidation Group**
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation
of any consolidated group for tax purposes of which the debtor has been a member at any time within **six
years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|------|------|

_____

None - ☒    25.  **Pension Funds**
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund
to which the debtor, as an employer, has been responsible for contributing at any time within **six years**
immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|------|------|

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____2/3/2012_____     Signature         /S/ MICHAEL, EDWARD RUNYON
                                 of Debtor    _____SR._____

Date _____2/3/2012_____     Signature      /S/ CAROLYN, RAY, DUNN RUNYON
                                 of Joint     _____
                                 Debtor (if
                                 any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

                                  Print Name _____
                                  and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and , (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petitioner preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                       *(Required by 11 U.S.C. § 110(c).)*
*If the bankruptcy petition &title preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address
**X** _____     _____2/3/2012_____
     Signature of Bankruptcy Petition  Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.***